UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INA STEPANOV,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-01031-ART-BNW<br><br>ORDER |

*Pro se* Plaintiff Ina Stepanov ("Stepanov") brings this action alleging several different violations of law: 42 U.S.C. § 1983, due process, conspiracy to commit real estate fraud, forgery, wrongful foreclosure, breach of contract, real estate deed fraud, and obstruction of the administration of justice. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Brenda Weksler (ECF No. 24), recommending that this Court enter an order denying Stepanov's motions for a Temporary Protective Order (ECF Nos. 4, 5, and 11), Motion to Dismiss (ECF No. 17), Motion for Hearing (ECF No. 20), and Motion for Jurisdictional Challenge (ECF No. 21). Stepanov filed a document titled "Objection to The Magistrate Judge Brenda Weksler" (ECF No. 26) but the document does not set forth any objections or arguments or identify any issue to which Stepanov objects. For this reason, and as explained below, the Court adopts the R&R.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because Stepanov does not identify any issue to which she objects or explain the basis for any objection, the Court need not conduct de novo review, and is satisfied Magistrate Judge Weksler did not clearly err. Ms. Stepanov's complaint is long and difficult to understand. It appears that she is claiming that her house was illegally sold or is about to be illegally sold (maybe during a foreclosure proceeding) through the use of documents containing forged signatures. Magistrate Judge Weksler was unable to determine what claims Stepanov was attempting to allege against which defendants and could not evaluate whether Stepanov stated any claims for relief. Magistrate Judge Weksler provided Stepanov with some guidance for an amended complaint[1].

Magistrate Judge Weksler also recommends that the Court deny Stepanov's motions for temporary restraining orders and a hearing to stop the foreclosure of her house (ECF Nos. 4, 5, and 11) because Stepanov cannot show that she is entitled to this extraordinary relief. Magistrate Judge Weksler also recommends that the Court deny Stepanov's Motion to Re-Open Non-Judicial Wrongful Foreclosure (ECF No. 12) because it is premature and there is not even an operative complaint pending in this case.

Magistrate Judge Weksler also recommends denying Stepanov's Motion to Dismiss (ECF No. 17), Motion for Hearing (ECF No. 20), and Motion for

---

[1] Stepanov has already filed an amended complaint (ECF No. 35) which Judge Weksler has not yet screened.

1 Jurisdictional Challenge (ECF No. 21) without prejudice as premature because
2 there is no operative complaint in this case.
3     Having reviewed the R&R and the record in this case, the Court will adopt
4 the R&R in full.
5     IT IS THEREFORE ORDERED that Magistrate Judge Weksler's Report and
6 Recommendation (ECF No. 24) is accepted and adopted in full.
7     IT IS FURTHER ORDERED that Plaintiff's motions for a Temporary
8 Protective Order (ECF Nos. 4, 5, and 11) be DENIED.
9     IT IS FURTHER ORDERED that Plaintiff's Motion to Dismiss (ECF No. 17),
10 Motion for Hearing (ECF No. 20), and Motion for Jurisdictional Challenge (ECF
11 No. 21) be DENIED.

13     DATED THIS 12th Day of October 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE