# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

Ina Stepanov,

        Plaintiff,

  v.

The State of Nevada, *et al.*,

        Defendants.

Case No. 2:22-cv-01031-ART-BNW

**ORDER**

**IT IS ORDERED** that Plaintiff Ina Stepanov's motion at ECF No. 93 is GRANTED.

**IT IS FURTHER ORDERED** that the Court will *sua sponte* extend Plaintiff's time for service, as it currently expires on April 20, 2023. *See* ECF No. 75.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff two blank copies of form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have 30 days to fill out the required USM-285 forms and send them to the U.S. Marshals Service. On the forms, Plaintiff must fill in Defendants' last-known addresses.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue summonses for the Defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summonses, and the operative complaint (ECF No. 64) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 forms, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on the Defendants.

//

//

//

//

**IT IS FURTHER ORDERED** that, within 90 days of today's order, the U.S. Marshals Service shall file the summonses returned as executed or a notice indicating why service has not been effectuated.

DATED: April 20, 2023

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE